# EXHIBIT B

| | |
|---|---|
| **AMMON MCNEFF**, an individual; <br> **MATTHEW MCNEFF**, an individual, <br> Claimants, <br><br> vs. <br><br> **DANIEL MCNEFF**, an individual, <br> Respondent. | **CLARIFICATION REGARDING AMENDED FINAL DECISION AND AWARD** <br><br> ARBITRATOR: Mark F. James |

On July 27, 2020, Claimants filed a motion seeking clarification of the Tribunal's Amended Final Decision and Award (the "Award"). In particular, Claimants request that the Tribunal clarify that the term "manager" as used in the Award includes the term "managing member" as that term is used in Legally Mine's Operating Agreement. While the Tribunal does not believe clarification is needed, in order to avoid further expense and haggling by the parties on the subject, the Tribunal hereby "clarifies" that the term "manager" as used in the Award has the same meaning as "managing member" as used in Legally Mine's Operating Agreement. From the date of issuance of the Award and thereafter, Dan has no authority to act as managing member (including as manager) over or to exert managerial authority with respect to Legally Mine.

The Tribunal set forth in the Award a mechanism for election of a new "managing member" of Legally Mine (which the Tribunal intends to mean the same as the "manager" of Legally Mine). Only a managing member who is duly elected or otherwise appointed as set forth in the Award shall have the power to exercise the authority accorded the "managing member" of Legally Mine as set forth in the Legally Mine Operating Agreement.

1

DATED this 28th day of July, 2020.

/s/ *Mark F. James*

_____

Mark F. James, Arbitrator

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing CLARIFICATION

**REGARDING AMENDED FINAL DECISION AND AWARD** to be emailed this 28th day of

July, 2020, to the following:


Steve Sumsion (steve@businesslawutah.com)
Cameron Christensen (cameron@businesslawutah.com)
Tom Seiler (tws@safmlaw.com)
Perris Nelson (pnelson@safmlaw.com)


Mark F. James
Arbitrator
