# EXHIBIT C

**State of Utah**
**Department of Commerce**
**Division of Corporations & Commercial Code**
**Articles/Statement of Conversion**

Date:   08/14/2020
Receipt Number: 8467243
Amount Paid:   $43.00



**RECEIVED**

**AUG 1 4 2020**

Utah Div. of Corp. & Comm. Code

**Non-Refundable Processing Fee: $37.00**

## 1. The Articles/Statement of Conversion shall state:

**Entity Number:** 7228976-0160

**First:** The name and entity type of the company immediately prior to the filing of the conversion:

**Name:** Legally Mine, LLC

**Entity Type (Corp, LLC, LP, Partnership, DBA, etc.):** LLC

**Second:** The date and state where the company was first created and, if it has changed, its jurisdiction immediately prior to its conversion;

~~03/31/2014~~   01/05/2009     Utah
Date of formation             State / Jurisdiction

**Third:** The name and entity type of the company as set forth in its converted entity filing;

**Name:** Legally Mine, Inc.

**Entity Type:** Corporation          Utah
                                State / Jurisdiction

1337 East 750 North, Orem, Utah 84097
Registered Agent address or mailing address for service of process if not qualified as a foreign entity in Utah

**Fourth:** The future effective date of the conversion to the new entity if it is not to be effective upon the filing of the conversion;

**Fifth:** Under penalties of perjury, I declare that the Articles/Statement of Conversion have been duly approved by the owners of the entity.

Name: Samantha Bunker          Signature: _[signature]_

Title: Attorney-In-Fact          Date: 08/14/2020

## 2. Additional filing requirements:
The non-refundable processing fee of $37.00 payable to the State of Utah, and application for new entity must accompany this form. No additional fee for the new application.

Under GRAMA {63G-2-201}, all registration information maintained by the Division is classified as public record. For confidentiality purposes, you may use the business entity physical address rather than the residential or private address of any individual affiliated with the entity.

State of Utah
Department of Commerce
Division of Corporations and Commercial Code
I hereby certified that the foregoing has been filed
and approved on this _14_ day of _Aug_ 20_20_
In this office of this Division and hereby issued
This Certificate thereof.

Examiner _HLA_ Date _08/17/20_

Jason Sterzer
Division Director

AUG 14 '20 PM 1:28

03/16



**State of Utah**
**Department of Commerce**
**Division of Corporations & Commercial Code**
**Articles of Incorporation (Profit)**

*This form cannot be hand written.*

RECEIVED

··· 1 4 2020

·····Div of Corp. & Comm. Code

Important:  Read instructions before completing form          Non-Refundable Processing Fee: $70.00

| 1. | Name of Corporation: | Legally Mine, Inc. |
|---|---|---|

| 2. | Purpose: | Create, Grow, and Maintain wealth through any and all legal means. |
|---|---|---|

| 3. | Shares: | Type: | Common | Number of Shares: | 1,000 |
|---|---|---|---|---|---|
| | | Type: | | Number of Shares: | |

**4. Who/What is the name of the Registered Agent (Individual or Business Entity or Commercial Registered Agent)?:**

LMRA Services, Inc.

**The address must be listed if you have a non-commercial registered agent.**   What is a commercial registered agent?

**Address of the Registered Agent:** 1337 East 750 North

Utah Street Address Required, PO Boxes can be listed after the Street Address

**City:** Orem                                      **State UT**      **Zip:** 84097

| 5. Name, Signature and Address of Incorporator (attach additional page if there is more than 1 incorporator) | Daniel McNeff | | | |
|---|---|---|---|---|
| | **Name** | | | |
| | 1337 East 750 North | Orem | UT | 84097 |
| | **Address** | **City** | **State** | **Zip** |
| | **Signature:** | | **Date:** 08/14/2020 | |

| 6. Principal Address: | 1337 East 750 North | Orem | UT | 84097 |
|---|---|---|---|---|
| | **Address** | **City** | **State** | **Zip** |

Please list the officers and directors of the corporation.  Must have at least 1 officer and 1 director within the 1st year of the corporation.

| Daniel J. McNeff | CEO | | |
|---|---|---|---|
| **Name** | **Position(s)** | | |
| 1337 East 750 North | Orem | UT | 84097 |
| **Address** | **City** | **State** | **Zip** |
| Daniel J. McNeff | Director | | |
| **Name** | **Position(s)** | | |
| 1337 East 750 North | Orem | UT | 84097 |
| **Address** | **City** | **State** | **Zip** |
| | Select or type in position | | |
| **Name** | **Position(s)** | | |
| **Address** | **City** | **State** | **Zip** |
| | Select or type in position | | |
| **Name** | **Position(s)** | | |
| **Address** | **City** | **State** | **Zip** |

**Under GRAMA {63G-2-201}, all registration information maintained by the Division is classified as public record.  For confidentiality purposes, you may use the business entity physical address rather than the residential or private address of any individual affiliated with the entity.**

Optional Inclusion of Ownership Information:  This information is not required.

Is this a female owned business?      ◯ Yes    ⦿ No

Is this a minority owned business?    ◯ Yes    ⦿ No     If yes, please specify: Select/Type the race of the owner here

Mailing/Faxing Information: www.corporations.utah.gov/contactus.html    Division's Website: www.corporations.utah.gov

7228976-0142

State of Utah
Department of Commerce
Division of Corporations and Commercial Code
I hereby certified that the foregoing has been filed
and approved on this ___14___ day of ___AUG___ 2020
In this office of this Division and hereby issued
This Certificate thereof.

AUG 14 '20 PM 1:28

01/14

Examiner ___ALA___ Date 08/17/20

Jason Sterzer
Division Director