# EXHIBIT F

July 20, 2020

Mark,

Thank you for taking on this difficult case. Its difficulty is in the family ties being broken, but in the end, it seems to me that the general purpose of this Tribunal should have been the protection of Legally Mine. You mentioned in your ruling that there were no winners, however, there was one big loser and the loser, in fact, is Legally Mine.

I would remind you that as you started the case you committed yourself to following Legally Mine's Amended and Restated Operating Agreement as your guide to make your ruling. There were other issues that needed to be sorted out and I think you did a fair job of doing that.

You found that our capital accounts were within 3% of our ownership interests. You also found that the capital accounts had nothing to do with the ownership percentage.

You did not mention anything in your ruling that showed I did anything at all to irreparably harm Legally Mine. The final numbers you came up with acknowledge I did not take unfairly from my sons.

With this in mind, I am wondering why I would be removed as the managing member of the company. If there is no harm done to Legally Mine, and there is a dispute over management of the company, it would seem to me that it should, as stated in the Operating Agreement, that the decision belongs to the majority of the ownership. You clearly stated that this majority is owned by me.

As for harm to Legally Mine, I hope you will consider the following:

1.  Although Lindsey Thompson is doing a good job as the President of the company and he has been able to focus employees on the job, Ammon and Matt have let people know that it is temporary and this has undermined his authority and ability to manage current affairs.

2.  Employees are sticking with the company because I am still here and because of my experience and history of building the company, however, they have left little doubt about the fact that if Ammon and Matt are allowed back into the company, around 80% of our current workforce will resign and this will leave the company essentially dead. This is not only the entire sales staff, but a good percentage of the fulfillment staff as well.

3.  It didn't take long for Ammon and Matt to begin pounding on Legally Mine for funds to pay for BAM Franchising, Inc. They contacted everyone involved demanding immediate payment for BAM without consideration of Legally Mine

and its employees. I have been denied access (including "read only" access) to the BAM account. Ammon and Matt have been assigned to full-time management of BAM. If Ammon and Matt have not mismanaged BAM, it should have sufficient funds to pay as Legally Mine has paid employees and my sons stopped paying rent as of February, 2020. I have in fact, been in touch with the two previous owners of BAM Franchising, Inc., who are carrying the loan on the purchase of this business. They are aware of the situation with us not doing any Events and are not expecting back payments, but are willing to extend their payments once the COVID SITUATION ENDS. In other words, I will not have to make back payments, they will simply have me start making payments and extend the length of the contract. Furthermore, David Ortiz, one of the original owners who is carrying the contract, is telling me that he is being contacted daily by franchisees from BAM to complain about the fact that no one is doing anything for them. No one will contact them. My preference would be for Ammon and Matt to concentrate their efforts on the running and management of the close to 40 stores in the franchise as they have been assigned. David and John assure me that it is in fact a full-time job and the sooner it is treated that way, the better off we will all be.

4. My first priority is to Legally Mine, its employees and customers. If they can be taken care of during the pandemic, then in the end it will all work out. I have directed the company through several difficult spots in the past and I have the experience and know how to do it again. Make no mistake, we are in a difficult spot. Legally Mine has lost at a minimum $5-7 million dollars in revenue due to the COVID situation.

5. Legally Mine is a very unique business and probably the only one of its kind in the world. Bringing in an outside person without the know-how, the experience, or the inside knowledge of how it is supposed to work will do great damage to the company.

6. I know you are trying to mend a family here, but this is not working. Matt and Ammon bought a BAM store of their own that has never come close to being profitable. Their salaries from Legally Mine do not provide enough money for their own needs and the needs of the store as well. This whole takeover has been about getting access to the Legally Mine accounts so they can use the funds to provide for their own failures, particularly with BAM. If they came to me and said we need money (which they have done on occasion), I have never, nor would I have denied them funds. It is confusing to me that they would file this lawsuit instead of simply talking to me. They are angry because of the issues between myself and their mother. That is not an excuse for them to try and take Legally Mine from me and, in a round-about-way, they just don't realize that they are stealing from their mother as well. In trying to split the baby, the only thing that has been accomplished here is that the baby is dying and it seems to

me that the paramount thing we were trying to do is protect the baby, not kill it and, of course, the baby is Legally Mine.

7.    I know I have some legal rights here for appeal.  I can go that route if you wish, but if you take a serious look at this situation, I am confident that you will see that what you set in motion is not going to resolve the situation here at all right now, if ever, and in the meantime, Legally Mine is suffering beyond the COVID situation.

Sincerely,

Daniel McNeff