Steven R. Sumsion (#8317)
Cameron S. Christensen (#16015)
**SUMSION BUSINESS LAW**
3651 N 100 E, Suite 300
Provo, Utah 84604
Tel: (801) 375-2830
Email: steve@businesslawutah.com
       cameron@businesslawutah.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR DISTRICT OF UTAH

| | |
|---|---|
| **AMMON MCNEFF**, an individual; and **MATTHEW MCNEFF**, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> **DANIEL MCNEFF**, an individual; **LINDSEY THOMPSON**, an individual; **DAVE GIBB**, an individual; **MARTIN EVANS**, an individual; **KATHLEEN EVANS**, an individual; **TAXPRO TAX AND ACCOUNTING**, a Utah limited liability company; **TOM SEILER**, an individual; **SEILER ANDERSON FIFE AND MARSHALL, LC**, a Utah limited liability company; and **JOHN** and **JANE DOES 1-10**, <br><br> Defendants. | **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL** <br><br> Case no.: 2:21-cv-00048-DAO <br><br> Judge Daphne A. Oberg |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs, by and through their counsel, submit the following Notice of Voluntary Dismissal, with prejudice, of their Complaint in the above-captioned matter against all Defendants.

1

2

No answer or motion for summary judgment has been filed in this case..

DATED February 10, 2021

**SUMSION BUSINESS LAW**


*/s/ Cameron S. Christensen*
Cameron S. Christensen
Steven R. Sumsion
*Attorneys for Plaintiffs*

2